JEFFREY T. SCOTT (NY Bar # 2890374)
scottj@sullcrom.com
*Admitted pro hac vice*
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorney for Defendant Orthofix Medical Inc.*

[*Additional counsel listed on signature page.*]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY O'HARA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ORTHOFIX MEDICAL INC., JON C. SERBOUSEK, DOUGLAS C. RICE, CATHERINE M. BURZIK, WAYNE BURRIS, JASON M. HANNON, JAMES F. HINRICHS, LILLY MARKS, MICHAEL E. PAOLUCCI, JOHN E. SICARD, THOMAS A. WEST, KEITH C. VALENTINE, KIMBERLEY A. ELTING, and PATRICK L. KERAN,<br><br>Defendants. | Case No.: 3:24-cv-01593-LL-SBC<br><br>CLASS ACTION<br><br>DEFENDANT'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE<br><br>Judge: Hon. Linda Lopez<br>Courtroom: 5D<br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

**NOTICE OF MOTION AND MOTION**

TO THE HONORABLE COURT AND ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 17, 2024, or as soon thereafter as the matter may be heard by the Honorable Linda Lopez, presiding in Courtroom 5D of the United States District Court for the Southern District of California, located in the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California 92101, Defendant Orthofix Medical Inc. will, and hereby does move this Court, to transfer this Action to the U.S. District Court for the Eastern District of Texas, Marshall Division.

This Motion, which seeks transfer of the Action to the United States District Court for the Eastern District of Texas, Marshall Division under the first-to-file rule and 28 U.S.C. § 1404(a), is based on this Notice of Motion and Motion, and the accompanying Memorandum of Points and Authorities, together with the Declaration of Jeffrey T. Scott filed herewith, all records and papers on file in this Action, and any evidence and/or oral argument offered at any hearing on this Motion. This Motion is made following the conference between counsel that took place on November 4, 2024.

| | |
|---|---|
| Dated: November 12, 2024 | |
| | /s/ Jeffrey T. Scott |
| | JEFFREY T. SCOTT (NY Bar # 2890374) |
| | scottj@sullcrom.com |
| | JULIA A. MALKINA (NY Bar # 5054572) |
| | malkinaj@sullcrom.com |
| | *Admitted pro hac vice* |
| | **SULLIVAN & CROMWELL LLP** |
| | 125 Broad Street |
| | New York, New York 10004 |
| | Telephone: (212) 558-4000 |
| | Facsimile:  (212) 558-3588 |
| | |
| | ADAM S. PARIS (SBN 190693) |
| | parisa@sullcrom.com |
| | **SULLIVAN & CROMWELL LLP** |
| | 1888 Century Park East |
| | Los Angeles, California 90067 |
| | Telephone: (310) 712-6600 |
| | Facsimile:  (310) 712-8800 |
| | |
| | *Attorneys for Defendant Orthofix Medical Inc.* |