# UNITED STATES DISTRICT COURT

**Southern District of California**

Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557–5600
Fax: (619) 702–9900

John Morrill,
Clerk of Court

November 26, 2024

Clerk, U.S. District Court
District of Eastern District of Texas

Re: Tommy O'Hara v. Orthofix Medical Inc., et al., Case No. 3:24–cv–01593–LL–SBC

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are electronically transmitting herewith our entire original file.

Sincerely yours,

John Morrill,
Clerk of the Court

By: s/ M. Fujita, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: