# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY O'HARA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ORTHOFIX MEDICAL INC., et al.,<br><br>Defendants. | Case No.: 24-cv-01593-LL-SBC<br><br>**ORDER GRANTING MOTION TO TRANSFER VENUE**<br><br>**[ECF No. 11]** |

Pending before the Court is Defendant Orthofix Medical Inc.'s Motion to Transfer Venue to the United States District Court for the Eastern District of Texas. ECF No. 11. On November 15, 2024, the Court issued a briefing schedule setting a deadline of November 25, 2024, for Plaintiff and/or any other Defendants to file any Opposition(s) to the Motion to Transfer Venue. ECF No. 16.

On November 25, 2024, Plaintiff Tommy O'Hara filed a Non-Opposition to Defendant Orthofix's Motion to Transfer Venue. ECF No. 23. Plaintiff states that "Plaintiff agrees that the actions [the instant action and *Bernal v. Orthofix Medical Inc.*, Case No. 2:24-cv-00690-JRG (E.D. Tex.)] involve similar factual allegations and that transfer of the *O'Hara* action to the United States District Court for the Eastern District of Texas may serve the convenience of the parties and witnesses and promote the just, speedy and efficient resolution of this action." *Id*. at 2. Plaintiff further states that "Plaintiff accordingly does not oppose transfer of the *O'Hara* Action to the United States District Court for the

1  Eastern District of Texas pursuant to 28 U.S.C. § 1404(a)." *Id.* No other Oppositions were
2  filed by the Court's November 25, 2024 deadline. *See* Docket. In light of Plaintiff's Non-
3  Opposition to the Motion to Transfer Venue, the Court finds that transfer to the United
4  States District Court for the Eastern District of Texas is appropriate.

5    Accordingly, **IT IS HEREBY ORDERED** that the Motion to Transfer Venue (ECF
6  No. 11) is **GRANTED**. The Clerk of Court shall **TRANSFER** this action to The United
7  States District Court for the Eastern District of Texas of pursuant to 28 U.S.C. § 1404(a).
8  **IT IS SO ORDERED.**
9  Dated:  November 26, 2024

                Honorable Linda Lopez
                United States District Judge